UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:    I-BC-TV, LLC | § § § | Case No. 08-03211 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/28/2010 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street
Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/23/2009</u>           By:    <u>/s/EUGENE CRANE</u>
                                                Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: I-BC-TV, LLC                                                     §   Case No. 08-03211
                                                                        §
                                                                        §
Debtor(s)                                                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,002.08 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,002.08 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Department of the Treasury | $ 0.00 |
| Kara Sandler | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | EUGENE CRANE | $ 1,750.21 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 7,960.86 | $ 41.01 ** |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**          ** Due to Insufficient funds, these are pro-rated amounts. Actual fees/expenses are $13,389.50 & $68.98

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,563.48 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1P | Illinois Department of Employment Security | $ 10,563.48 | $ 0.00 |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 70,571.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

    Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1U | Illinois Department of Employment Security | $ 440.00 | $ 0.00 |
| 2 | Qwest Communications Co, LLC | $ 8,181.66 | $ 0.00 |
| 4U | Kara Sandler | $ 61,949.43 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                            Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                            Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 1                   Date Rcvd: Dec 28, 2009
Case: 08-03211                 Form ID: pdf006              Total Noticed: 26

The following entities were noticed by first class mail on Dec 30, 2009.
 db           +I-BC-TV LLC,    Jay Jackson,    600 Studemont #1310,    Houston, TX 77007-4958
 aty          +Timothy M Hughes,    Lavelle Legal Services Ltd,    501 West Colfax,    Palatine, IL 60067-2545
 tr           +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
11946582      +Anika,   3940 W Touhy Ave,    Lincolnwood, IL 60712-1028
11946583      +Cincinnati,    805 Central Ave Suite 600,    Cincinnati, OH 45202-5799
11946584       Covad Broadband,    110 Rio Robles,    San Jose, CA 95134-1813
11946585       D. Patrick Mullarkey,    Tax Division DOJ, P.O. Box 55,    Ben Franklin Station,
                Washington, DC 20044
11946588      +Employment Development Dept Califor,    P.O. Box 826846,    Sacramento, CA 94246-0001
11946589      +Holland Knight,    1 East Browrard Blvd,    Suite 1300,    Fort Lauderdale, FL 33301-1865
11946587     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: District Director IRS,    230 S Dearborn,    Chicago, IL 60604)
11946592     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Mail Stop 5010 CHI,    230 S. Dearborn St,
                Chicago, IL 60604)
11946586     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury,    Internal Revenue Service,    POB 21126,
                Philadelphia, PA 19114)
12045850      +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808
11946590       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11946591       Illinois Dept of Employment Securit,    P.O. Box 3637,    Springfield, IL 62708-3637
11946593      +Jay Jackson,    600 Studemont #1310,    Houston, TX 77007-4958
14386756      +Kara Sandler,    c/o Ronald J Cozad,    2100 Palomar Airport Rd, Ste 214,    Carlsbad, CA 92011-4405
11946594      +Kara Sandler,    1150 J Street Unit 415,    San Diego, CA 92101-7249
11946595      +Nancy Walker,    1120 W Pratt #1E,    Chicago, IL 60626-4457
11946597      +Resolution Media,    325 W Huron Suite 506,    Chicago, IL 60654-3640
11946598      +Ronald J Covad,    2006 Palomar Airport Rd,    Suite 207,    Carlsbad, CA 92011-4412
11946599      +State of California,    800 Capital Mall,    MIC 3A,   Sacramento, CA 95814-4807
11946600       State of California,    Employment Development Dept,    P.O. Box 826286,
                Sacramento, CA 94230-6286
11946601      +United States Attorney,    219 S. Dearborn St.,    Chicago, IL 60604-1708
The following entities were noticed by electronic transmission on Dec 28, 2009.
11946596       E-mail/Text: bklaw@qwest.com                                Qwest Communications,    P.O. Box 856169,
                Louisville, KY 40285-6169
14296218      +E-mail/Text: bklaw@qwest.com                                Qwest Communications Co, LLC,
                Attn: Jane Frey,    1801 California St Rm 900,    Denver, CO 80202-2609
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2009**             **Signature:** *Joseph Speetjens*